# Exhibit A

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Elizabeth Ann Wilson**<br>1405 Point Street #425<br>Baltimore, MD 21231<br><br>*Plaintiff*,<br><br>v.<br><br>**David Richard Dorey**<br>902 11th Street N.E.<br>Washington, DC 20002<br><br>*Defendant*. | Case No. 2018 CA 007999 B<br>ACTION INVOLVING REAL PROPERTY<br>Lot 22 in Square 957 |

## COMPLAINT FOR SALE IN LIEU OF PARTITION, EJECTMENT, CONVERSION, AND DECLARATORY RELIEF

Plaintiff Elizabeth Wilson, through counsel, states the following as her Complaint:

### JURISDICTION

1. This Court has jurisdiction in this matter pursuant to D.C. Code § 11-921.

### PARTIES

2. Plaintiff Elizabeth Ann Wilson ("Plaintiff") is an adult resident of the State of Maryland and a co-owner of the property known as Lot 22 in Square 957, with an address of 902 11th St N.E., Washington, D.C. 20002 (the "Property").

3. Defendant David Richard Dorey ("Defendant") is an adult resident of the District of Columbia and is a co-owner and the current sole occupant of the Property.

## FACTS

4. Record title to the Property is currently vested in Plaintiff and Defendant, jointly, as tenants-in-common, pursuant to a deed recorded in the land records of the District of Columbia on March 12, 2015.

5. Plaintiff moved into the Property at the time of its purchase, and vacated on or about June 5, 2018. After vacating, Plaintiff has attempted to pay one-half of the monthly mortgage payment each month, but Defendant has refused and returned those monies.

6. Defendant has resided in the Property continuously since its purchase.

7. The Property cannot be divided without loss or injury to the parties. Therefore, a sale in lieu of partition is necessary to sever the tenancy, with the proceeds of sale to be equitably distributed.

8. Additionally, the Defendant has refused to relinquish and/or failed to successfully return the following personal property which belongs to Plaintiff and, upon information and belief, either remains on the Property or has been lost due to the actions of the Defendant:

a) Skis
b) 2 ski polls
c) Green jacket
d) Christmas ornaments
e) Thanksgiving plates
f) Gravy holder/dispenser
g) Thanksgiving napkins
h) Christmas napkins
i) Personal mugs
j) Plastic cutting boards
k) Sous vide
l) Tupperware
m) Croatian painting
n) Shower curtain
o) Personal belongings from my bathroom (upstairs beside guest room)
p) Grill and grill cover
q) Glass candle holder, large candle, and decorative acorns
r) 2 Anesthesiology Miller textbooks
s) Remaining clothes or shoes (e.g., black ankle boots)
t) Master bedroom bedside light blue lamps

u) Cylindrical flower vase
v) Blue apron recipe cards
w) Personal cups/glassware
x) Cocktail shaker
y) Personal cooking utensils
z) Dog crate
aa) Outdoor decorative green front yard ornament
bb) Framed DC art in the basement
cc) Decorative Israeli salt and pepper shakers.

9. The parties also each claim an interest in a dog named Berneice, which has resided with the Plaintiff from the time that she vacated the Property. There is, additionally, jointly owned furniture and furnishings remaining on the Property for which ownership remains undetermined.

10. Defendant has refused repeated demands to cooperate in the sale of the Property and has otherwise failed to participate in the resolution of the issues which exist between the parties, necessitating the filing of this action.

## COUNT ONE
## SALE IN LIEU OF PARTITION

11. Paragraphs 1-10 are incorporated by reference.

12. Plaintiff is entitled to an Order directing a sale in lieu of partition pursuant to D.C. Code §16-2901.

13. Plaintiff additionally requests that a Trustee be appointed to facilitate the sale on behalf of the parties.

## COUNT TWO
## EJECTMENT

14. Paragraphs 1-13 are incorporated by reference.

15. It is axiomatic that a property cannot be sold at its maximum value with a person in occupancy that is not cooperating with the sales process. Accordingly, the Defendant should be required to vacate the Property forthwith to facilitate the sale.

## COUNT THREE
## CONVERSION

16. Paragraphs 1-15 are incorporated by reference.

17. Defendant has unlawfully detained and/or failed to deliver the personal property described in para. 8 above.

18. Plaintiff is entitled to an Order requiring that property to be returned to her forthwith or that Defendant otherwise account for its whereabouts if it is not in his possession.

## COUNT FOUR
## DECLARATORY RELIEF

19. Paragraphs 1-18 are incorporated by reference.

20. At all times relevant hereto, Plaintiff has been the primary caretaker for the dog (Berneice) and has been its sole caretaker since she vacated the Property.

21. Plaintiff is therefore entitled to an Order declaring that said dog (Berneice) is her sole property and that Defendant has no rights concerning the same.

22. Additionally, Plaintiff is entitled to an Order determining and declaring the ownership of all jointly owned furniture and furnishings located on the Property.

**WHEREFORE**, the foregoing considered, it is requested that the Court grant the following relief against the Defendant:

1. Order a sale in lieu of partition of Lot 22 in Square 957, 902 11th St N.E., Washington, D.C. 20002.

2. Order that any and all proceeds from said sale be equitably distributed amongst the parties, as may be determined by the Court.

3. Order the appointment of a Trustee to represent the parties' interests with respect

to the required sale.

4. Order that the Defendant vacate 902 11th St N.E., Washington, D.C. 20002 forthwith.

5. Order that the Defendant return or account for all personal property belonging to Plaintiff, forthwith.

6. Declare that the dog (Berneice) is Plaintiff's sole property.

7. Declare and determine the ownership of all jointly held property and furnishings.

7. Award Plaintiff her costs and attorneys fees, and such other and further relief as this Court may deem just and proper.

Respectfully submitted,

**EISEN AND ROME, P.C.**

/s/ Eric M. Rome
Eric M. Rome, Esq. #367241
One Thomas Circle, N.W.
Suite 1010
Washington, DC 20005
(202) 659-2822x4
Fax: (202) 659-2896
E-mail: eric@eisenrome.com

5